**IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Docket No. 3:07cr99WHB-LRA-001 |
| | ) | |
| YANCY TURNER | ) | |

## ORDER REGARDING MODIFICATION OF SUPERVISED RELEASE CONDITIONS

The Court finds as follows in this case:

The defendant appeared before the Court on October 2, 2007, on a Petition to Revoke Supervised Release filed on September 11, 2007 by the U. S. Probation Office. The Petition alleges that Turner violated his conditions of Supervised Release by testing positive for marijuana, failing to attend drug aftercare counseling, failing to report for random color code urinalyses, and failing to report a change of address effectively absconding supervised release.

The defendant pled guilty to the above violations of Supervised Release; therefore, the Court finds the defendant has violated the Mandatory, Standard, and Special Conditions of Supervised Release, as reported by the U. S. Probation Office. The Court orders the defendant's Supervised Release modified to include Special Condition 4). The defendant shall serve six (6) months of home confinement with electronic monitoring, and the defendant must abide by the conditions of the electronic monitoring program and all other supervision conditions. The defendant will be financially responsible for all or part of the costs of the program commensurate with his financial ability, to be determined by his supervising U.S. Probation Officer.

**Order Regarding Modification of
Conditions of Supervised Release
RE: Yancy Tuner
Page 2 of 2**

Turner is also ordered to participate in Drug Aftercare Counseling, as directed by the supervising U.S. Probation Officer. Upon successful completion of the electronic monitoring program, the offender will be continued on Supervised Release, subject to the Mandatory, Standard and Special Conditions as ordered in the original Northern District of Mississippi Judgement Order, Case Number 4:03cr125-001.

SO DATED, this the 4th day of October, 2007.

WILLIAM H. BARBOUR, JR.
SENIOR U. S. DISTRICT JUDGE